UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

IGOR VLADOV,
APPLIED DIAGNOSTICS INC.,
A NEW YORK CORPORATION
               **Plaintiffs,**

                                                         Civil Action No.: 20cv4633

                                                         NOTICE OF LIS PENDENS

           **-against-**

**JULIA NABIULLINA, A/K/A**
**GULIYA NABIULLINA, A/K/A**
**JULIA GULIYA NABIULLINA**

               Defendant.
---------------------------------------------------------------------X

NOTICE IS HEREBY GIVEN, that an action has been commenced and is pending in this Court upon a complaint of the above named Plaintiff(s), **IGOR VLADOV and APPLIED DIAGNOSTICS INC., A NEW YORK CORPORATION,** against the above named defendant(s), **JULIA NABIULLINA, A/K/A, GULIYA NABIULLINA, A/K/A JULIA GULIYA NABIULLINA,** for ownership and possession of the property located at 3425 Guider Ave., Apt. 1A., Brooklyn, NY 11235  Whereas the Plaintiffs are serving the Summons with Verified complaint together with Notice of Lis Pendens upon the Defendants, thus initiating an action pertaining to aforecaptioned case.

To secure the sum of $1,500,000.00, or larger amount, as the Plaintiffs' portion of his entitlement to the defendant's assets including but not limited to the premises located at 3425 Guider Ave., Apt. 1A, Brooklyn, NY 11235, Block: 08810, Lot No.: 1005, the Plaintiffs, **IGOR VLADOV and APPLIED DIAGNOSTICS INC., A NEW YORK CORPORATION,** by means of their attorney, Greg C. Gorodetsky, Esq., are filing this Notice of Lis Pendens.

AND NOTICE IS FURTHER GIVEN, that the premises located at 3425 Guider Ave., Apt. 1A, Brooklyn, NY 11235 is affected by the Plaintiffs', **IGOR VLADOV and APPLIED DIAGNOSTICS INC., A NEW YORK CORPORATION**'s, claim to the ownership of the premises located at 3425 Guider Ave., Apt. 1A, Brooklyn, NY 11235, that is, as a matter of law and fact, controlled by the Defendant(s), **JULIA NABIULLINA, A/K/A, GULIYA NABIULLINA, A/K/A JULIA GULIYA NABIULLINA** were, at the time of the commencement of said action, and at the time of the filing of this notice, situated in Block: 08810, Lot: 1005, on the land map of the premises located at 3425 Guider Ave., Apt 1A, Brooklyn, NY 11235, Block: 08810, Lot: 1005 of the County of King in the State of New York, and is described as follows, to wit: Apartment 1A, of Apartment Building located at 3425 Guider Ave., Brooklyn, NY 11235, Block: 08810, Lot 1005.

Please see attached hereto **Schedule A**, Office of the City Register Property Description for the preemies at 3425 Guider Ave., Apt 1A, Brooklyn, NY 11235

_____
Greg C. Gorodetsky
Attorney for Plaintiffs
1723 East 12th Street,
Brooklyn, New York 11229
Tel. (917)-865-5740
Springweal@aol.com

# Schedule A

New York City Department of Finance
## Office of the City Register

HELP
[Click help for additional instructions]
Selecting a help option will open new window

*Lookup*

○ *Property Address:*

If you know the property address, complete the fields below and press "Find BBL" to find the Borough/Block/Lot of the property. Address fields indicated by an asterisk (*) are required. If an address is found. the fields in the Property Borough/Block/Lot section will be populated.

*Borough/County:* BROOKLYN / KINGS
*Street Number:* 3425
*Street Name:* GUIDER AVENUE
*Unit:* 1A

⦿ *Property Borough/Block/Lot:*

If you know the Borough, Block and Lot of the property, complete the fields below and press the "Find Address" button to find the address of the property. Fields indicated by an asterisk (*) are required. If the BBL is found. the fields in the Property Address section will be populated.

**Borough/County:** * BROOKLYN / KINGS
**Block:** * 08810
**Lot:** * 1005

[ Find Address ]                [ Document Search by BBL ]

[ MAIN OPTIONS ]

Go To: Finance Home Page | NYC.gov Home Page | Contact Us | Privacy Policy | Terms of Use