UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IGOR VLADOV,
APPLIED DISGNOSTICS INC.,
A NEW YORK CORPORATION

      Plaintiff,

 -against-

JULIA NABIULLINA, A/K/A
GULIYA NABIULLINA, A/K/A
JULIA GULIYA NABIULLINA,

      Defendant.
-----------------------------------------------------------------X

Civil Action No.: 20cv4633

**SUBPOENA DUCES TECUM**

To: **Island Toyota**
   1591 Hylan Blvd
   Staten Island, NY 10305

**GREETINGS:**

**WE COMMAND YOU**, that all business and excuses being laid aside, you and each of you shall produce to the Law Office of Greg C. Gorodetsky, located at 1723 East 12th Street, Brooklyn, NY 11229, within seven (7) days of receipt of this subpoena, but in any event no later than on the January 20, 2020 in the forenoon at the time and place aforementioned, certain <u>original or certified documents</u> consisting all the documents pertaining to the purchase of **TOYOTA TACOMA TRD SPORT 2016 VIN# 5TFCZ5AN9GX022090** purchased by Julia Nabiullina and Igor Vladov on March 19, 2016. Please submit the documents from 03/19/16, the date of car purchase to present, that are now in your custody and control either by original or duly certified copies using the attached certification and delegation forms, to give evidence in this action on part of Igor Vladov.

  The Law Office of Greg C. Gorodetsky shall be responsible for all copying costs incurred in complying with this subpoena.

Also, please fill out the enclosed certification and delegation forms and return them with the requested records.

All records must be delivered by hand messenger or other method which provides proof of delivery to the Law Office of Greg C. Gorodetsky located at 1723 East 12th Street, Brooklyn, NY 11229.

**PLEASE TAKE NOTICE,** the failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

WITNESS, Hon. Sanket J. Bulsara, Magistrate Judge

Dated: 12/17/2020
Brooklyn, New York

Greg C. Gorodetsky, Attorney at Law
1723 East 12th Street
Brooklyn, New York 11229
Tel (718)-645-4604
Fax (718)-645-2467
Email: springweal@aol.com

# CERTIFICATION

I_____, authorized custodian/ or otherwise qualified person(s) who have the authority to make this certification, hereby certify that the attached copies of the all the documents pertaining to the purchase of TOYOTA TACOMA TRD SPORT 2016 VIN# 5TFCZ5AN9GX022090 purchased by Julia Nabiullina and Igor Vladov, on March 19, 2016, the date of car purchase to present, are the true and complete reproduction of the original records pertaining to aforementioned transfer and closing.

I further certify to the best of my knowledge that these records were made in the regular course of business of this Institution and it is in the regular course of business of this Institution to make such record, and such record was at the time of the condition, act, transaction, occurrence, or event, or within reasonable time thereafter.

**Date: _____**

**SIGNATURE**_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

IGOR VLADOV,
APPLIED DIAGNOSTICS INC.,
A NEW YORK CORPORATION

               Plaintiff,

   -against-

JULIA NABIULLINA, A/K/A
GULIYA NABIULLINA, A/K/A
JULIA GULIYA NABIULLINA
,
               Defendant.

------------------------------------------------------------------------X

Civil Action No.: 20cv4633

**AUTHORIZATION**

TO: **Island Toyota**
1591 Hylan Blvd
Staten Island, NY 10305

FROM: Igor Vladov

To Whom It May Concern:

    I hereby authorize the release of the documents pertaining to **TOYOTA TACOMA TRD SPORT 2016 VIN# 5TFCZ5AN9GX022090** purchased by Julia Nabiullina and Igor Vladov, on March 19, 2016 to the Law Office of Greg C. Gorodetsky located at 1723 East 12th Street, Brooklyn, NY 11229. Please submit the documents from 12/10/16, the date of car purchase to present, that are now in your custody and control either by original or duly certified copies, which shall be submitted to Igor Vladov's attorney, Greg C. Gorodetsky, being addressed to the Law Office of Greg C. Gorodetsky, 1723 East 12th Street, Brooklyn, NY 11229.

Dated: 12/17/2020

                                                            **IGOR VLADOV**

Signed and sworn before me,
On this ___ day of _____, 2020

_____
NOTARY PUBLIC

GREGORY GORODETSKY
Notary Public State of New York
No. 02GO6072315
Qualified in Kings County
Commission Expires 04/01/2022

UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF NEW YORK

IGOR VLADOV,
APPLIED DISGNOSTICS INC.,
A NEW YORK CORPORATION

Plaintiff,

-against-

JULIA NABIULLINA, A/K/A
GULIYA NABIULLINA, A/K/A
JULIA GULIYA NABIULLINA

Defendant.

Civil Action No.: 20cv4633
Date Summons filed:

Signature (Rule 130-1.1-a)

Print name beneath
Greg C. Gorodetsky

Attorney for Defendant
Office and Post Office Address, Telephone

Greg C. Gorodetsky
1723 East 12th Street
Brooklyn, New York 11229
Tel: (718)-645-4604
Fax: (718) - 645-2467
Email: springweal@aol.com

To

*Attorney(s) for*

Service of a copy of the within is hereby admitted.
Dated