UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: TIMUR ZUBAYDULLIN, ESQ.

IGOR VLADOV, ETAL

                                                       Plaintiff(s)

                   - against -                         Index # 1:20-CV-04633-RRM-SJB

JULIA NABIULLINA, A/K/A GULIYA NABIULLINA, A/K/A JULIA GULIYA NABIULLINA

                                        Defendant(s)

                   - against -                         **AFFIDAVIT OF SERVICE**

NOVA DIAGNOSTICS INC., ETAL

                                      3rd Party Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LOAI SARSOUR BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 23, 2021 at 10:47 AM at

2327 83RD STREET, SUITE D
BROOKLYN, NY 11214

deponent served the within SUMMONS ON A THIRD-PARTY COMPLAINT AND VERIFIED THIRD-PARTY COMPLAINT on NY MEDICAL HEALTH CARE DIAGNOSTIC, P.C. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to JEAN "M". personally, deponent knew said corporation so served to be the corporation described in said SUMMONS ON A THIRD-PARTY COMPLAINT AND VERIFIED THIRD-PARTY COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 30 | 5'3 | 140 |

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on: June 25, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

LOAI SARSOUR
License #: 2094510
Invoice #: 766603

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Igor Vladov, et al. <br> *Plaintiff* <br> v. <br> Julia Nabiullina <br> *Defendant, Third-party plaintiff* <br> v. <br> Nova Diagnostics Inc., et al. <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-04633 RRM-SJB |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  NY MEDICAL HEALTH CARE DIAGNOSTIC, P.C.
2327 83RD STREET
SUITE D
BROOKLYN, NEW YORK 11214

    A lawsuit has been filed against defendant   Julia Nabiullina  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Igor Vladov, et al.  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

    Timur Zubaydullin, Esq.
    244 5th Ave, Suite T281
    New York, NY 10001

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory Gorodetsky, Esq., Law Office of Greg C. Gorodetsky, 1723 East 12 Street, Brooklyn, NY 11229

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  03/01/2021

DOUGLAS C. PALMER
*CLERK OF COURT*

s/ Giselle Almonte
*Signature of Clerk or Deputy Clerk*